UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

FILED
Jeffrey A. Apperson, Clerk
MAR 06 2008
U.S. DISTRICT CLERK
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.

AMELIA T. JONES

INFORMATION

NO. 5:08MJ-76-K

21 U.S.C. 844(a)

The United States Attorney charges:

## COUNT 1

On or about the 12th day of December 2007, in the Western District of Kentucky, at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, AMELIA T. JONES, defendant herein, did knowingly possess marijuana, a schedule I controlled substance.

In violation of Title 21, United States Code, Section 844(a).

DAVID L. HUBER
United States Attorney

BY: *Francis O. Wey*
FRANCIS O. WEY
Special Assistant U.S. Attorney

AMELIA T. JONES

## **PENALTIES**

### **COUNT 1**

21 USC 844(a)

MINIMUM: $1,000 fine

MAXIMUM: $100,000 fine &/or 1year confinement

SPECIAL ASSESSMENT: $25