29

FILED
Jeffrey A. Apperson, Clerk

MAR 06 2008

U.S. DISTRICT CLERK
WESTERN DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT FORT CAMPBELL

UNITED STATES OF AMERICA, Plaintiff

v.

No. 5:08MJ-76-K

Amelia Jones, Defendant

## ACKNOWLEDGMENT OF RIGHTS

I, the above-named defendant, understand that:

1. I have the right to remain silent. Anything I say can be used against me in this court or in other proceedings. A "guilty plea" constitutes a waiver of my Fifth Amendment right to remain silent.

2. I have the right to consult with an attorney before entering a plea before this court. If I am charged with a Class A misdemeanor or face the possibility of imprisonment and if I cannot afford to hire an attorney with my own funds, I may request the court to appoint counsel to represent me at no cost to me. To obtain appointed counsel, I must complete a Financial Affidavit on a form to be provided and I must request counsel when offered by the court.

3. I have been advised minimum and maximum penalty allowed by law for the offense(s) with which I am charged.

4. If I am found guilty after a trial, I may appeal the conviction and/or sentence imposed by filing with the clerk of court a statement specifying the judgment from which the appeal is taken within 10 days **after the entry of the judgment.** If I am found guilty after a plea of guilty or a trial, the magistrate judge shall impose a special assessment pursuant to 18 U.S.C. § 3013 in addition to any fine or restitution ordered.

**CAUTION: IF YOU ARE SUBJECT TO A DOMESTIC VIOLENCE ORDER OR IF YOU ARE CONVICTED IN ANY COURT OF A MISDEMEANOR CRIME OF DOMESTIC VIOLENCE AS DEFINED IN 18 USC § 921(a)(33)(A), for example. AN ASSAULT AGAINST A DOMESTIC OR INTIMATE PARTNER; IT MAY BE A VIOLATION OF 18 USC § 922(g)(8) or (9) TO POSSESS A FIREARM OR AMMUNITION AND IS PUNISHABLE BY IMPRISONMENT OF NOT MORE THAN 10 YEARS AND/OR A FINE OF NOT MORE THAN $250,000**

I fully understand the above rights and the magistrate judge or court personnel has answered all questions I have asked. <u>Acknowledging the above, I further certify, under the penalties of perjury, that I have affixed my signature and today's date hereto</u>

Date: 6 March 08

Amelia Jones
Signature of Defendant

SEE OTHER SIDE FOR ADDITIONAL RIGHTS AND ADVISEMENTS


FILED
Jerry A. Anderson, Clerk
MAY 10 2006
U.S. DISTRICT COURT
PADUCAH, KY

8/05

## WAIVER OF JURY TRIAL AND PROCEEDINGS BEFORE A DISTRICT JUDGE
### (For Defendants Charged with Class A Misdemeanors ($100,000/1 yr., or both)

I understand that I have the right to a trial by jury. My jury trial would be held in PADUCAH, KENTUCKY, (or in NASHVILLE, TN. if I am charged with an offense(s) occurring in Tennessee) on a date to be set by the court. I understand that if a jury trial were to be held, I would be given the opportunity to participate in the selection of the jury and the jury's verdict would have to be unanimous. If a unanimous verdict could not be reached, a retrial could be ordered at the request of the United States Attorney.

I UNDERSTAND MY ABOVE-STATED RIGHTS AS THEY RELATE TO MY RIGHT TO A TRIAL BY JURY. I WAIVE (give up) MY RIGHT TO A JURY TRIAL AND AGREE THAT THE COURT MAY DETERMINE THE ISSUE OF MY GUILT OR INNOCENCE. THIS WAIVER IS VOLUNTARY AND IS NOT THE RESULT OF THREATS OR COERCION.

_____
Defendant's Signature

I have the right to trial, judgment and sentencing by a district judge, with or without a jury, in the charging judicial district. If I have been charged in the Western District of Kentucky, the proceedings before a district judge would be held at Paducah, Kentucky. If I am charged in the Middle District of Tennessee, the proceedings before the district judge would be at Nashville, Tennessee.

I UNDERSTAND MY RIGHTS AS THEY RELATE TO MY RIGHT TO TRIAL JUDGMENT AND SENTENCING BEFORE A DISTRICT JUDGE OF THE APPROPRIATE DISTRICT. I VOLUNTARILY CONSENT TO TRIAL, JUDGMENT AND SENTENCING BEFORE A MAGISTRATE JUDGE IN PROCEEDINGS HELD IN THE WESTERN DISTRICT OF KENTUCKY AT FORT CAMPBELL, KENTUCKY.

_____
Defendant's Signature

### ADVISEMENT OF LEGAL DUTY TO APPEAR
### AND CONSEQUENCES FOR FAILURE TO APPEAR

Unless the United States Attorney or the Court seeks your detention pending further proceedings in the matter, you shall be released on a personal recognizance bond subject to the following conditions:

1. You shall not commit any offense in violation of federal, state, or local law while on release.
2. You shall immediately advise the court liaison personnel at this courthouse of any change of address and/or telephone number.
3. You shall appear at all future proceedings in this case as directed and shall surrender as directed to serve any period of incarceration imposed by the court.
4. You shall report to the United States Probation Office, if directed to do so.

It is a criminal offense (18 U.S.C. § 3146) if, after being released, you knowingly fail to appear as directed for any court proceedings or fail to appear for the service of your sentence. If you are convicted as a result of failure to appear, you may be fined not more than $100,000 or imprisoned not more than one year, or both. Such a term of imprisonment shall be consecutive to that imposed for any other offense. Violation of any condition of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, your detention, and a prosecution for contempt. FURTHER, IN THE EVENT THAT, AFTER NOTICE, I FAIL TO APPEAR AT A DULY SCHEDULED DATE AND TIME FOR TRIAL AND/OR SENTENCING AFTER I HAVE ENTERED A PLEA, HAD A PLEA ENTERED ON MY BEHALF IN MY PRESENCE, OR BY COUNSEL IN MY ABSENCE; I CONSENT TO HAVE MY TRIAL AND SENTENCING OCCUR IN MY ABSENCE PURSUANT TO FED. R. CRIM. P. 43(b)(2)

BY MY SIGNATURE BELOW, I ACKNOWLEDGE THAT I AM AWARE OF THESE AND ANY OTHER CONDITIONS IMPOSED BY THE COURT. I PROMISE TO OBEY ALL CONDITIONS OF RELEASE, TO APPEAR AS DIRECTED, AND TO SURRENDER FOR SERVICE OF ANY SENTENCE IMPOSED SUBJECT TO ANY OF THE PENALTIES AND SANCTIONS SET FORTH HEREIN.

Date: 6 March 08

_____
Defendant's Signature

_____
Address

Maxton, N.C 28364      910-373-6240
City and State            Telephone